# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In Re:  GREGORY LUMAN                                   Ch 13
                                                        Case # 15-54207
                                                        Judge: Mark A. Randon

                              Debtor(s)
_____/


## FIRST APPLICATION FOR AWARD OF PRE-CONFIRMATION COMPENSATIONFOR SERVICES RENDERED IN A CHAPTER 13 CASE OVER $5000.00

Now comes, Debtor's Counsel, John Z. Kallabat, and pursuant to LBR 2016-1 and 9014-1 (EDM), moves this Court for approval of an award for compensation stating:

1.      (A)     Debtor's counsel seeks compensation for legal services and costs in this application, counsel for debtor seeks approval for total compensation for legal services rendered in the amount of $6555.15;

        (B)     and total reimbursement for the advancement of expenses in the amount of $237.73 is sought.  It was necessary to pay costs associated with this case including, but not limited to postage and copy expenses.

        (C)     The balance of any retainer on deposit with the applicant that remains after the payment of prior fee awards = $0.00.

2.      Debtor filed for Chapter 13 relief on September 28, 2015.  The Chapter 13 Plan was confirmed on May 17, 2016.  The time period for which compensation is sought from services rendered is from May 19, 2015 through May 17, 2016.

3.      Debtor's counsel performed legal services which were necessary to be performed on behalf of the debtor(s) for which he has yet to be compensated and were of benefit to the estate:  The services included and the benefits to the estate included:  consultations with debtor regarding case, review of debtors documents, preparation and filing of Petition, Schedules, SOFA, Means Test, Chapter 13 Plan and related documents, review of incoming correspondence i.e. faxes, emails, letters from debtor, Trustee and creditors, drafting and sending of reply correspondence, review of Proof of Claims #1 -#10, preparation for and attendance at court hearings, consultation with debtor prior to hearings, preparation and filing of Amended Schedules I & J and Amended SOFA, review of Objections to Plan, research, preparation and filing of pleadings for adversary case, review of file, payment history and funding of plan, preparation of confirmation hearing certificates and Orders Confirming Plan, teleconferences with debtor, Trustees office and creditors, revising and filing of Order Confirming Plan.  The services rendered for, to and on behalf of the debtor(s) were necessary for the benefit of the debtor(s) to maximize the debtor(s) likelihood of successfully completing the Chapter 13 Plan and receiving a discharge.

4.      Services were rendered in connection with an adversary proceeding.
        (a)  The nature of action instituted was to strip the lien of the second mortgage on the home held
        by Bank of America.
        (b)  The relief requested was that the lien be stripped and treated as unsecured.
        (c)  The dollar amount directly or indirectly involved is $22,593.61.
        (d)  The issue, both factual and legal, is the value of the home.
        (e)  The results obtained are that the lien of the second mortgage has been stripped and will be
        treated as a general unsecured claim.

5.      The current status of the bankruptcy case is that, with the services performed, the case has been
        confirmed and will continue on a path towards successful completion, and the debtor has
        maximized his chances of successfully completing all plan requirements and obtaining a
        discharge.  In addition, approval of this fee application will not have an adverse impact on the
        timely completion of the plan, nor will it adversely impact any creditors.

6.      It will continue to be necessary to monitor and review this case and take action on behalf of the
        debtor(s) periodically throughout the life of the case.  If the case is not completing timely as
        indicated above in the previous paragraph, counsel anticipates meeting with the debtor(s)
        regarding a possible plan modification and the potential filing of same.  This will maximize
        debtor(s) likelihood of successfully obtaining a discharge.

7.      There are currently no unpaid administrative expenses in this case.

8.      At no time were there any specific instances in which an award is sought for the service of more
        than one professional and paraprofessional for the same work.  A specific detailed breakdown of
        the time spent by each professional and paraprofessional is set forth in Exhibit 5.

9.      As this is the FIRST Application for Attorney Fees and Costs, Pre-Confirmation, Debtor's
        counsel has not previously been approved to be paid fees or expenses prior to this application for
        compensation.

10.     The Debtor(s) have been provided with a copy of this application seven (7) days prior to the filing
        of this application and have been requested to concur with the fees requested; a copy of the
        request for concurrence is attached hereto as Exhibit 8.  If concurrence has been received by
        counsel for debtor(s) prior to the filing of this application, it is attached hereto as Exhibit 9,
        otherwise Exhibit 9 has been left blank.

11.     Pursuant to L.B.R. 2016-1(a)(11) a copy of the Proposed Order is marked as Exhibit 1.

12.     Pursuant to L.B.R. 2016-1(a)(12) a copy of the Order Approving the Employment of the
        Applicant is not attached as this code is not applicable for debtor's attorney in this case.

13.     Pursuant to L.B.R. 2016-1(a)(13) a copy of the Statement under F.R. Bankr.P. 2016(b)
        and/or applicant's retention agreement is marked as Exhibit 3.

14.     Pursuant to L.B.R. 2016-1(a)(14) a copy of the Summary Statement of the number of
        hours of service rendered by each professional and paraprofessional, the hourly rate of
        each and the blended hourly rate of the professionals is marked as Exhibit 4.

15. Pursuant to L.B.R. 2016-1(a)(15) a copy of the Itemized Time Record in chronological order is marked as Exhibit 5.

16. Pursuant to L.B.R. 2016-1(a)(16) a copy of the Biographical Statement of the professional experience of each professional for whom an award of compensation is sought is marked as Exhibit 6.

17. Pursuant to L.B.R. 2016-1(a)(17) a copy of the Itemized Statement of Expenses for which reimbursement is sought is marked as Exhibit 7.

WHEREFORE, Debtor(s) counsel petitions this court for an Order Approving First Application for Award of Pre-Confirmation Compensation as an administrative claim through the Debtor(s) Chapter 13 Plan in the amount of $6555.15 for legal services and $237.73 for reimbursement for expenses for a total of $6792.88.

Dated: 05-17-16
/s/ John Z. Kallabat
John Z. Kallabat   (P-49891)
Kallabat & Associates, P.C.
Attorney for the Debtor(s)
31000 Northwestern Hwy., Ste. 201
Farmington Hills, MI  48334
(248)  647-6611
ecf@kallabatlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re:  **GREGORY LUMAN**                               **Ch 13**
                                                       **Case # 15-54207**
                                                       **Judge: Mark A. Randon**

                                **Debtor(s)**
_____/

**ORDER APPROVING FIRST APPLICATION FOR AWARD OF**
**PRE-CONFIRMATION COMPENSATION FOR SERVICES**
**RENDERED IN A CHAPTER 13 CASE OVER $5000.00**

This matter having come before the Court upon the application of Kallabat & Associates, P.C., all interested parties having been served with notice of the application and the provisions of LBR. 2016 having been met, no objections having been received, and the court being otherwise sufficiently advised in the premises:

**IT IS HEREBY ORDERED**:

1. The Court approves applicant's fees and expenses as follows:

| | | |
|---|---|---|
| Prior award(s) for fees: | $  0.00 | |
| Prior award for expenses: | $  0.00 | |
| Total award to date: | | $   0.00 |
| | | |
| This award for fees: | $6555.15 | |
| This award for expenses: | $ 237.73 | |
| Total this award: | | $6792.88 |
| | | |
| Amount paid directly by debtor: | $1790.00 | |
| Balance to be paid from plan: | $5002.88 | |
| | | |
| Grand total fees and costs | | $6792.88 |

2. This award covers services rendered and expenses incurred during the time period of May 19, 2015 through May 17, 2016.

**Exhibit 1**

**COPY OF ORDER APPROVING EMPLOYMENT OF APPLICANT**

  This Exhibit is inapplicable as no order approving the employment of the law firm of Kallabat & Associates, P.C. is required or entered by the Court.

**Exhibit 2**

## ATTORNEY/CLIENT AGREEMENT FOR BANKRUPTCY

May 19, 2015

Attorney intends to file an application for Award and Approval of Attorneys Fees for Pre-Confirmation Services; however, Debtor's attorney may elect instead to accept the Attorney's"minimum fee" for Pre-Confirmation services (presently $3,500). This decision will be made at the time of confirmation solely at the discretion of Debtor's Attorney. Attorneys hourly rate is presently $245.00 per hour for pre-confirmation and post-confirmation services. The court filing fee is presently $310.00 (subject to increase by the court). It is understood that retainers paid are earned upon receipt and is non-refundable.

### Attorney's representation of Client will include but are not limited to:
1. Analysis of the debtor's financial situation, and rendering advice to the debtor regarding bankruptcy
2. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required
3. Representation of the debtor at the meeting of creditors and confirmation hearing (if applicable).

Debtor(s) Understand(s) a duty to cooperate with Trustee, and to supply him/her with all documents/information requested. Understand(s) duty to disclose all assets & liabilities.

Debtor acknowledges being aware that certain debts are non-dischargeable, i.e. Student Loans, Alimony/Child Support, most Taxes, debts incurred as a result of drunk driving/intoxication, fraud. Attorney cannot and makes no representations that he can clear up a credit report. Debtor understands that if funds are on deposit at a Credit Union to which debtor owes money, those funds may be "frozen" upon filing of the petition.

If Attorney recovers funds garnished/seized pre-petition, that the contingency fee shall be half of the amount recovered. If any pre-petition/post-petition funds are recovered Debtor(s) gives permission to Attorney to endorse any check payable to Debtor(s) & deposit into its/his IOLTA Acct

In the event retainer is not paid in full within 45 days, Client's file will be closed and any partial retainer forfeited. All fees must be paid-in-full before we file your case with the Bankruptcy Court. "Attorneys" are a debt relief agency, who help people file for bankruptcy under the Bankruptcy Code. Client agrees and understands his/her duty to fully cooperate with attorneys including but not limited promptly supplying accurate/honest answers to questions related to the bankruptcy petition, promptly completing credit counseling and following through with the signing of the petition. Attorneys do not make any representations nor guarantees that foreclosures, repossessions, garnishments or other processes of law will be stayed/stopped in light of the fact that there may be factors dependent on client actions which may delay the filing of the case.

The undersigned is not acting as your attorney until this fee agreement is signed by you and the total retainer of $2,100.00 is received.

Gregory Luman, Client

John Kallabat, Attorney

**SUMMARY STATEMENT OF NUMBER OF HOURS BY ATTORNEY
AND HOURLY RATE OF SERVICES PERFORMED AND
STATEMENT OF HOURLY RATE OF ATTORNEY**

| Name of Attorney | Hourly Rate | Total Hours Spent | Amount Sought |
|---|---|---|---|
| John Z. Kallabat (JZK) | $245.00 | 21.0 | $5145.00 |

| Name of Legal Assistant | Hourly Rate | Total Hours Spent | Amount Sought |
|---|---|---|---|
| Chanda M. Lundy   (CML) | $90.00 | 12.2 | $1098.00 |
| Linda Sitto  (LS) | FLAT | 4.0 | $312.15 |
| Karen White (KW) | $90.00 | | |
| Lori Reinwasser (LAR) | $90.00 | | |

**Exhibit 4**

# ITEMIZED TIME RECORD OF SERVICES

| Date | Adversary | Rate | Time | Total | |
|------|-----------|------|------|-------|--|
| 9/29/2015 | JZK<br>Adversary<br>Reviewed appraisal from lien strip, teleconference with debtor regarding same. | 245.00 | 0.20 | 49.00 | Billable |
| 10/8/2015 | JZK<br>Adversary<br>Teleconference with Mrs. Luman (twice) regarding the recorded mortgages. | 245.00 | 0.20 | 49.00 | Billable |
| 10/9/2015 | CML<br>Adversary<br>Receipt of mortgage documents from the client. Teleconference with client regarding same. | 90.00 | 0.20 | 18.00 | Billable |
| 10/9/2015 | JZK<br>Adversary<br>Research as to liability vs. Mortgage note for filing complaint to determine extent of the lien for second mortgage. | 245.00 | 0.30 | 73.50 | Billable |
| 10/9/2015 | JZK<br>Adversary<br>Teleconference with client regarding lien strip. | 245.00 | 0.20 | 49.00 | Billable |
| 10/12/2015 | JZK<br>Adversary<br>Preparation of Adversary Complaint for Bank of America for lien stripping of second mortgage with Exhibits, Open Adversary Case for Bank of America regarding second mortgage. | 245.00 | 1.20 | 294.00 | Billable |
| 10/19/2015 | CML<br>Adversary<br>Receipt and review of Notice of Appearance and Request for Notice filed by Bank of America. | 90.00 | 0.10 | 9.00 | Billable |
| 10/29/2015 | JZK<br>Adversary<br>Receipt and review of Stip to Resolve Lien Strip, signed and sent back to creditor attorney. | 245.00 | 0.20 | 49.00 | Billable |
| 11/4/2015 | JZK<br>Adversary<br>Receipt and review of Order Approving Consent Judgment to Resolve Lien Strip. | 245.00 | 0.10 | 24.50 | Billable |

**Total: Adversary**  2.70  **$615.00**

| Date | 341 Hearing | Rate | Time | Total | |
|------|-------------|------|------|-------|---|
| 11/5/2015 | JZK<br>341 Hearings & 2004 Exams<br>Review of Trustee's status sheet and review of file in preparation of<br>Meeting of Creditors Hearing. | 245.00 | 0.50 | 122.50 | Billable |
| 11/13/2015 | JZK<br>341 Hearings & 2004 Exams<br>Attorney attendance at court for Meeting of Creditors Hearing, conference<br>with debtor prior to hearing.  (the other case was in the other hour slot) | 245.00 | 2.00 | 490.00 | Billable |
| 12/9/2015 | JZK<br>341 Hearings & 2004 Exams<br>Received and reviewed emails from Jacqueline Plasters that we do not<br>need to appear at adjourned 341. | 245.00 | 0.10 | 24.50 | Billable |

**Total: 341 Hearings & 2004 Exams**                         **2.60**                    **$637.00**


| Date | Case Administration | Rate | Time | Total | |
|------|---------------------|------|------|-------|---|
| 5/19/2015 | JZK<br>Case Administration<br>Initial conference in office with client.  Discussed financial problems and<br>issues with credit cards and income. Discussed chapter 13 filing and<br>responsibilities.  Client to bring in documents. | 245.00 | 1.80 | 441.00 | Billable |
| 9/1/2015 | CML<br>Case Administration<br>Teleconference with client regarding office questionnaire. | 90.00 | 0.30 | 27.00 | Billable |
| 9/28/2015 | JZK<br>Case Administration<br>Phone conference with Vicki Luman. | 245.00 | 0.20 | 49.00 | Billable |
| 9/28/2015 | JZK<br>Case Administration<br>Preparation of Bankruptcy Petition Cover Sheet, Voluntary Petition,<br>Statement of Social Security Number and Exhibit D. | 245.00 | 0.30 | 73.50 | Billable |
| 9/28/2015 | CML<br>Case Administration<br>Office consultation with client to review and sign the Chapter 13<br>emergency pleadings prior to filing. | 90.00 | 0.30 | 27.00 | Billable |
| 9/30/2015 | CML<br>Case Administration<br>Receipt and review of Notice of Commencement, Case Management<br>Order, calendared dates. | 90.00 | 0.20 | 18.00 | Billable |

| Date | Initials | Rate | Hours | Amount | Type |
|------|----------|------|-------|--------|------|
| 10/13/2015 | JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Drafted and sent detailed email correspondence to client regarding case information, hearing dates, and her obligations while in bankruptcy.

| 10/13/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of follow-up email from the client with questions regarding credit card usages, debtor education course, and proof of payments, responded regarding same.

| 10/13/2015 | JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Preparation and filing of Payment Order for Debtors Employer.

| 10/13/2015 | JZK | 245.00 | 2.50 | 612.50 | Billable |

Case Administration
Preparation of Schedules, Declaration, SOFA, Compensation of Attorney and Means Test.

| 10/13/2015 | CML | 90.00 | 1.00 | 90.00 | Billable |

Case Administration
Office consultation with client to review and sign the balance of the Chapter 13 pleadings prior to filing.

| 10/14/2015 | CML | 90.00 | 0.10 | 9.00 | Billable |

Case Administration
Receipt & review of Bank of America letter regarding loss mitigation options (account 6093).

| 11/3/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Meeting with JK regarding the client's issues as to the loss of employment.

| 11/3/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Teleconference with Client's wife regarding client's loss of income.

| 11/12/2015 | JZK | 245.00 | 0.50 | 122.50 | Billable |

Case Administration
In office conference with client regarding information and 341 hearing.

| 11/16/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Telephone conference with client regarding tax returns schedule D.

| 11/18/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of the Order Adjourning; drafted and filed the POS for the Order.

| 11/20/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Teleconference with Mrs. Luman regarding the tax transcripts.

| Date | Initials | Rate | Hours | Amount | Status |
|------|----------|------|-------|--------|--------|
| 11/25/2015 | CML | 90.00 | 0.10 | 9.00 | Billable |

Case Administration
Receipt & review of Trustee letter regarding orientation.

| 11/25/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of Notice of Mortgage Increase Payment Change.
Reviewed plan calc to determine feasibility.

| 12/8/2015 | CML | 90.00 | 0.30 | 27.00 | Billable |

Case Administration
Teleconference with client's wife about her Ebay business.

| 12/8/2015 | JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Receipt and review of email from client regarding business, responded regarding same.

| 12/23/2015 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of Notice of Mortgage Increase Payment Change.
Reviewed plan calc to determine feasibility.

| 1/4/2016 | CML | 90.00 | 0.10 | 9.00 | Billable |

Case Administration
Receipt of email response from the trustee regarding the trustee's Objection.

| 1/4/2016 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt & review of Bank of America's notice of mortgage payment change, ran plan calc to determine feasibility.

| 1/15/2016 | JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Receipt & review of Prudential payment coupons & life insurance profile.

| 1/20/2016 | CML | 90.00 | 0.80 | 72.00 | Billable |

Case Administration
Lengthy teleconference with client regarding the documents that the Trustee requested and the amending Schedules I and J.

| 2/17/2016 | JZK | 245.00 | 0.60 | 147.00 | Billable |

Case Administration
Preparation of Cover Sheet for Amendments, Amended Schedules I, J and SOFA.

| 2/19/2016 | CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of Notice of Mortgage Increase Payment Change (Claim #10). Reviewed plan calc to determine feasibility.

| 3/7/2016 | JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Receipt & review of Ameriprise annual statements for 2014 & 2015.

| | | | | |
|---|---|---|---|---|
| 3/21/2016 CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt & review of Bank of America notice of mortgage payment
change, ran plan calc.

| | | | | |
|---|---|---|---|---|
| 3/23/2016 JZK | 245.00 | 0.30 | 73.50 | Billable |

Case Administration
Office conference with paralegal regarding the creditor's objections as to
the escrow shortage. Called the creditor attorney and left message.

| | | | | |
|---|---|---|---|---|
| 3/23/2016 CML | 90.00 | 0.40 | 36.00 | Billable |

Case Administration
Teleconference and 2nd office conference with Mr. Kallabat regarding the
escrow shortage claim in the creditor's proof of claim.

| | | | | |
|---|---|---|---|---|
| 3/30/2016 JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Receipt and review of 2015 returns and w-2.

| | | | | |
|---|---|---|---|---|
| 3/30/2016 CML | 90.00 | 0.10 | 9.00 | Billable |

Case Administration
Receipt and review of email from the client regarding the father's VA benefits.

| | | | | |
|---|---|---|---|---|
| 3/30/2016 CML | 90.00 | 0.30 | 27.00 | Billable |

Case Administration
Receipt and review of the email response from the client regarding the
funds in the father's bank account. Drafted and sent an email to the
Trustee regarding the same.

| | | | | |
|---|---|---|---|---|
| 4/6/2016 CML | 90.00 | 1.00 | 90.00 | Billable |

Case Administration
Review of information in the file regarding the proceeds from the sale of
the father's house. Called and spoke with the trustee's office regarding
the 1099 for the retirement; called and left message for the client to call
me back regarding all.

| | | | | |
|---|---|---|---|---|
| 4/7/2016 CML | 90.00 | 0.40 | 36.00 | Billable |

Case Administration
Drafted and sent email to the Trustee and teleconference with Client

| | | | | |
|---|---|---|---|---|
| 4/8/2016 JZK | 245.00 | 0.20 | 49.00 | Billable |

Case Administration
Preparation of Declaration Pursuant to 28 USC Sec 1746 of Gregory
Luman, sent to client for signature.

| | | | | |
|---|---|---|---|---|
| 4/11/2016 CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Office conference with JK regarding WWII Vet Benefits; follow-up with
client regarding the same.

| | | | | |
|---|---|---|---|---|
| 4/11/2016 CML | 90.00 | 0.20 | 18.00 | Billable |

Case Administration
Receipt and review of the email from the Trustee's office regarding the
objections regarding the funds from the father's estate and the
declaration. Responded to the trustee's questions.

| Date | Initials | | Rate | Hours | Amount | Billable |
|---|---|---|---|---|---|---|
| 4/11/2016 | CML | | 90.00 | 0.10 | 9.00 | Billable |
| | Case Administration | | | | | |
| | Receipt of email from mortgage creditor informing me that they will allow the debtor to continue with the direct payments. | | | | | |
| 4/15/2016 | CML | | 90.00 | 0.20 | 18.00 | Billable |
| | Case Administration | | | | | |
| | Teleconference with the client's wife regarding Debtor's employment status. | | | | | |
| 4/19/2016 | CML | | 90.00 | 0.20 | 18.00 | Billable |
| | Case Administration | | | | | |
| | Follow-up conference with client's wife regarding the plan payments and their current income. | | | | | |
| 4/21/2016 | JZK | | 245.00 | 0.30 | 73.50 | Billable |
| | Case Administration | | | | | |
| | Preparation of Cover Sheet for Amendments, Amended Schedules I & J. | | | | | |
| 4/27/2016 | CML | | 90.00 | 0.30 | 27.00 | Billable |
| | Case Administration | | | | | |
| | Interoffice conference with Mr. Kallabat regarding the hearing; preparation of the ACH and stipulation for direct pay; drafted and sent the client an email attaching document. Teleconference with client regarding all. | | | | | |
| 5/3/2016 | CML | | 90.00 | 0.30 | 27.00 | Billable |
| | Case Administration | | | | | |
| | Receipt and review of email from the client explaining the situation as to the unemployment income. Teleconference with the client regarding same. | | | | | |
| 5/3/2016 | CML | | 90.00 | 0.20 | 18.00 | Billable |
| | Case Administration | | | | | |
| | Receipt and review of the Debtor's documents from unemployment; drafted email and sent the Trustee a copy of the document. | | | | | |
| 5/6/2016 | CML | | 90.00 | 0.10 | 9.00 | Billable |
| | Case Administration | | | | | |
| | Receipt & review of Trustee notice of transfer of claim. | | | | | |
| 5/6/2016 | CML | | 90.00 | 0.10 | 9.00 | Billable |
| | Case Administration | | | | | |
| | Receipt & review of Trustee letter regarding ACH enrollment. | | | | | |
| 5/10/2016 | CML | | 90.00 | 0.20 | 18.00 | Billable |
| | Case Administration | | | | | |
| | Teleconference with the trustee's office regarding the outstanding issue; spoke with Jeff. | | | | | |
| 5/10/2016 | CML | | 90.00 | 0.20 | 18.00 | Billable |
| | Case Administration | | | | | |
| | Teleconference with the trustee's office regarding outstanding issues to Confirmation. | | | | | |

| | | | |
|---|---|---|---|
| **Total: Case Administration** | | **17.80** | **$2,826.50** |

| Date | Chapter 13 Plan | Rate | Time | Total | |
|------|-----------------|------|------|-------|---|

| Date | Chapter 13 Plan | Rate | Time | Total | |
|------|-----------------|------|------|-------|---|
| 10/13/2015 | JZK<br>Chapter 13 Plan<br>Drafting and preparation of Chapter 13 Plan. | 245.00 | 0.50 | 122.50 | Billable |
| 10/13/2015 | CML<br>Chapter 13 Plan<br>Preparation of certificate of service of Chapter 13 Plan. | 90.00 | 0.20 | 18.00 | Billable |
| 10/20/2015 | JZK<br>Chapter 13 Plan<br>Receipt and review of Objection to Confirmation of Plan filed by creditor<br>The Bank of New York Mellon. | 245.00 | 0.20 | 49.00 | Billable |
| 12/23/2015 | JZK<br>Chapter 13 Plan<br>Receipt and review of Trustee's Objection to Chapter 13 Plan. | 245.00 | 0.20 | 49.00 | Billable |
| 12/30/2015 | CML<br>Chapter 13 Plan<br>Interoffice conference with Mr. Kallabat and teleconference with the client regarding Trustee's objections. Drafted and sent the client an email requesting additional documents and sent the trustee's office an email with questions as to Trustee's objection no. 8. | 90.00 | 1.00 | 90.00 | Billable |
| 1/4/2016 | CML<br>Chapter 13 Plan<br>Receipt and review of email from client regarding trustee objections, responded regarding same. | 90.00 | 0.20 | 18.00 | Billable |
| 1/4/2016 | CML<br>Chapter 13 Plan<br>Teleconference with client's wife regarding the trustee's objections and the email that I sent to her regarding the same. | 90.00 | 0.30 | 27.00 | Billable |
| 2/10/2016 | JZK<br>Chapter 13 Plan<br>Receipt and review of Trustee's Supplemental Objection to Chapter 13 Plan. | 245.00 | 0.20 | 49.00 | Billable |
| 2/25/2016 | JZK<br>Chapter 13 Plan<br>Review of debtors file, payment history and funding of plan, drafted Debtor's Chapter 13 Confirmation Hearing Certificate, drafted Order Confirming Plan and submitted to Trustee. | 245.00 | 0.50 | 122.50 | Billable |
| 3/2/2016 | JZK<br>Chapter 13 Plan<br>Attorney attendance at court for Confirmation Hearing, consultation with client prior to hearing (2 other cases) | 245.00 | 0.80 | 196.00 | Billable |
| 3/14/2016 | JZK<br>Chapter 13 Plan<br>Receipt and review of Trustee's Supplemental Objection to Chapter 13 Plan. | 245.00 | 0.20 | 49.00 | Billable |

| 3/18/2016 CML | 90.00 | 0.10 | 9.00 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Drafted and sent email to the attorney for the mortgage company regarding resolving their objection to confirmation as to the escrow shortage.

| 3/18/2016 JZK | 245.00 | 0.10 | 24.50 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Receipt and review of the email response from the attorney for the mortgage company.

| 4/21/2016 JZK | 245.00 | 0.50 | 122.50 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Review of debtors file, payment history and funding of plan, drafted Debtor's Chapter 13 Confirmation Hearing Certificate, drafted Order Confirming Plan and submitted to Trustee.

| 4/27/2016 JZK | 245.00 | 0.80 | 196.00 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Attorney attendance at court for Confirmation Hearing, consultation with client prior to hearing. (2 other cases)

| 4/29/2016 JZK | 245.00 | 0.20 | 49.00 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Receipt and review of Trustee's Supplemental Objection to Chapter 13 Plan.

| 5/5/2016 JZK | 245.00 | 0.50 | 122.50 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Review of debtors file, payment history and funding of plan, drafted Debtor's Chapter 13 Confirmation Hearing Certificate, drafted Order Confirming Plan and submitted to Trustee.

| 5/11/2016 JZK | 245.00 | 2.00 | 490.00 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Attorney attendance at court for Confirmation Hearing, consultation with client prior to hearing, no other cases.

| 5/17/2016 JZK | 245.00 | 0.10 | 24.50 | Billable |
|---|---|---|---|---|

Chapter 13 Plan
Receipt and review of Order Confirming Plan.

**Total: Chapter 13 Plan**                    **8.60**              **$1,828.00**

| Date | Claims Administration | Rate | Time | Total |
|---|---|---|---|---|
| 10/21/2015 | JZK | 245.00 | 0.10 | 24.50 |

Claims Administration
Receipt and review of Proof of Claim #1 filed by First National Bank of Omaha, review of debtors schedules.

| | | | | |
|---|---|---|---|---|
| 10/27/2015 | JZK | 245.00 | 0.10 | 24.50 | Billable |

10/27/2015 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #2 filed by Cerastes, review of debtors schedules.

11/6/2015 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #3 filed by Capital One Bank (USA), review of debtors schedules.

11/30/2015 JZK      245.00    0.20    49.00    Billable
Claims Administration
Receipt and review of Proof of Claim #4 filed by ACAR Leasing, review of debtors schedules.

12/31/2015 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #5 filed by Bank of America, review of debtors schedules.

1/7/2016 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #6 filed by eCAST Settlement Corp., review of debtors schedules.

1/13/2016 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #7 filed by Midland Credit Mgmt, review of debtors schedules.

2/1/2016 JZK      245.00    0.10    24.50    Billable
Claims Administration
Receipt and review of Proof of Claim #8 filed by Bank of America, review of debtors schedules.

2/11/2016 JZK      245.00    0.20    49.00    Billable
Claims Administration
Receipt and review of Proof of Claim #9 filed by Bank of America, review of debtors schedules.

2/11/2016 JZK      245.00    0.20    49.00    Billable
Claims Administration
Receipt and review of Proof of Claim #10 filed by Bayview Loan Servicing, review of debtors schedules.

3/31/2016 CML      90.00    0.20    18.00    Billable
Claims Administration
Receipt and review of Transfer of Claim Transfer Agreement 3001 (e) 2 by Bank of America (Claim No.10) to Bayview Loan Servicing.

**Total: Claims Administration**      **1.50**      **$336.50**

| Date | Fee Application Preparation | Rate | Time | Total | |
|------|---------------------------|------|------|-------|--|
| 5/17/2016 | LS<br>Fee Application<br>Prepared Fee Application, Exhibits and Proof of Service | Flat | 4.00 | 312.15 | Billable |

**Total: Fee Application**   **4.00**   **$312.15**

## PROJECT CATEGORIES

| Project Category | Total Hours Spent | Dollars Sought |
|------------------|-------------------|----------------|
| Adversary | 2.7 | $615.00 |
| 341 Hearings | 2.6 | $637.00 |
| Case Administration | 17.8 | $2826.50 |
| CH 13 Plan | 8.6 | $1828.00 |
| Claims Administration | 1.5 | $336.50 |
| Fee application preparation | 4.0 | $312.15 |
| **TOTAL** | **37.2** | **$6555.15** |

**Exhibit 5**

**BIOGRAPHICAL INFORMATION PURSUANT TO 11 USC §327 (a), LBR §2014-1**

**ATTORNEY**

**John Z. Kallabat** (JZK)

POSITION:        President of Kallabat & Associates, P.C. since 1994

-Managing all aspects of Consumer Bankruptcy Ch. 7 & Ch. 13, including initial consultations, preparation of Petition, Schedules, Plan, etc., attending hearings, adversary filings, discharge preparation and debt resolution.

-Managing all aspects of a 2 attorney consumer bankruptcy law practice, including 3 paraprofessionals.

-Responsible for overseeing several hundred open bankruptcy files.

-Represented in excess of **3,500 debtors** in consumer bankruptcy cases as of October, 2011.

BAR ADMISSION    May, 1994

EDUCATION      University of Detroit Mercy Law School, JD, 1993
Wayne State University School of Business, BS, 1991

SEMINARS/CLE/
WORKSHOPS      Mr. Kallabat has attended numerous seminars/CLE courses for Bankruptcy including but not limited to:

-CBA Bankruptcy Seminar, 2001
-CBA Bankruptcy Seminar, 2002
-CBA Bankruptcy Brown Bag Lunch Seminar, 2003
-Western Dist of Mich Ch. 13 Trustee's Bankruptcy Seminar of Ch. 13 Basics, Battle Creek, MI 2004
-ECF Training, 2004
-CBA Bankruptcy Seminar, 2005
-CBA Bankruptcy Seminars regarding BAPCPA, 2005
-NACBA Seminar, Chicago, IL: Fighting Back: Helping Debtors Survive Bankruptcy Reform, 2005
-ABI Seminar - Practicing Under New Bankruptcy Laws, 2005
-BAPCPA One Year Later Seminar, October, 2006
-CBA Nuts & Bolts Seminar, Sterling Heights, MI, May, 2007
-CBA Dinner June 5, 2008
-CBA Dinner Meeting to Promote Uniformity in Chapter 13 Trustee Procedures
-ABI/CBA Annual Detroit Conference, November, 2008
-ABI/CBA Annual Detroit Conference, November, 2009
-CBA Dinner, Jan 28, 2010
-CBA Dinner, May 20, 2010
-CBA Dinner, October 7, 2010
-ABI/CBA Annual Detroit Conference, November, 2010

**SUPPORT STAFF**

**Chanda M. Lundy** (CML)  Bankruptcy Paralegal.  Ms. Lundy has extensive bankruptcy experience and has worked in the Bankruptcy field as a paralegal since 1996.  Ms. Lundy is a graduate of Dorsey Business School and Henry Ford Community College; currently working toward the completion of her Bachelor Degree in Business Management and Business Marketing at Phoenix University.  Ms. Lundy worked as a Bankruptcy Case Analysts for 3.5 years for the Chapter 13 Trustee, Tammy L. Terry.  She analyzed Chapter 13 Bankruptcy cases, which included full review of legal pleadings, plan calculations, as well as determined the feasibility cases. As a case analyst, Ms. Lundy was sworn in as a hearing officer wherein she conducted and held Section 341 hearings as well as assisted with confirmation hearings status conferences on behalf of the Chapter 13 Trustee.

In addition to working with the Chapter 13 Trustee, Ms. Lundy has worked with the debtor bar for 8.5 years as a Paralegal/Legal Administrative Assistant.  Ms. Lundy experience places her in the position of preparing Chapter 13 and Chapter 7 Bankruptcy cases, pre-confirmation and post-confirmation workup of cases, review incoming pleadings and correspondences for cases, such as motion, trustee and creditor objections, proof of claims; and, assist attorneys in resolving and addressing issues accordingly.  Ms. Lundy has been employed by Kallabat & Associates, P.C. since July of 2007.

**Linda Sitto** (LS)  Bankruptcy Paralegal  Ms. Sitto is a graduate of Wayne State University with a BA in Human Resource Management in 2004.  She worked in the Office of the Chapter 13 Trustee, Krispen S. Carroll from December of 2001 to April of 2010.  Ms. Sitto has been employed by Kallabat & Associates, P.C. since April of 2010.

**Chantell Alnarrayi** (CA) Bankruptcy Paralegal.  Ms. Alnarrayi graduated from Oakland University in 2008 with a Bachelors of Science in Accounting.  She has worked at Kallabat & Associates since April of 2008 as a Receptionist/Administrative Assistant working with Chapter 13 Bankruptcies.  She became a Paralegal for Kallabat & Associates in May of 2011.

**Karen White** (KW) Bankruptcy Paralegal.  Ms. White has extensive bankruptcy experience and has worked in the Bankruptcy field as a Paralegal/Legal Assistant since 1998. Ms. White graduated from Concordia University with a BA in Criminal Justice Administration in 2005. She obtained a MBA from Liberty University in 2007 and a MS in Human Services from Liberty University in 2009.  Ms. White worked as a Legal Assistant for the Office of the Chapter 13 Trustee, Krispen S. Carroll from February, 2004 until July, 2011.  Her duties as a Legal Assistant with the Chapter 13 Trustee's office included analyzing Chapter 13 Bankruptcy cases for compliance with the Bankruptcy Code and Local Bankruptcy Rules as well as a full case review in preparation for Chapter 13 Court hearings.  Her duties as a Legal Assistant with the Chapter 13 Trustee's office also included conducting pre-hearing status conferences with Debtor and Creditor attorneys to resolve outstanding case issues.

In addition to her work at the Chapter 13 Trustee's office, Ms. White has worked with the Debtor Bar for seven (7) years as a Bankruptcy Paralegal/Legal Assistant.  Ms. White is knowledgeable in the preparation of Chapter 7 and Chapter 13 Bankruptcy cases.  Her years of experience also place her in the position for both pre and post-confirmation Chapter 13 case work including: preparation and review of pleadings; review and preparation of various forms of correspondence; resolution of Trustee and Creditor objections; preparation, review and objecting to proof of claims; preparation and review of various motions; preparation of billing statements and applications for attorney fees; assisting attorneys in the resolution of outstanding case issues and objections. Ms. White has been employed by Kallabat & Associates, P.C. since February of 2013.

**Lori Reinwasser** (LAR) Bankruptcy Paralegal. Ms. Reinwasser has worked in bankruptcy since January of 2011. Ms. Reinwaser graduated from Oakland Community College and obtained an Associate's Degree in Paralegal studies. She worked for a bankruptcy law firm for three years before joining Kallabat & Associates, P.C. Ms. Reinwasser has extensive experience preparing pre and post confirmation fee applications. She has also worked as a Chapter 7 paralegal preparing and filing chapter 7 cases. Ms. Reinwasser also reviewed chapter 13 cases.

**Exhibit 6**

# ITEMIZED STATEMENT FOR REIMBURSEMENT OF EXPENSES

| Date | Expenses | Price | Quantity | Total | |
|------|----------|-------|----------|-------|---|
| 11/13/2015 | JZK<br>Parking<br>Meeting of Creditors Hearing | 12.00 | 1.000 | 12.00 | Billable |
| 3/2/2016 | JZK<br>Parking<br>Confirmation Hearing | 4.00 | 1.000 | 4.00 | Billable |
| 4/27/2016 | JZK<br>Parking<br>Confirmation Hearing | 4.00 | 1.000 | 4.00 | Billable |
| 5/11/2016 | JZK<br>Parking<br>Confirmation Hearing | 12.00 | 1.000 | 12.00 | Billable |
| 10/13/2015 | CML<br>Photocopies<br>Chapter 13 Plan | 0.15 | 264.000 | 39.60 | Billable |
| 10/13/2015 | CML<br>Photocopies<br>Chapter 13 Plan | 0.68 | 22.000 | 14.96 | Billable |
| 10/13/2015 | CML<br>Photocopies<br>Chapter 13 Plan | 0.15 | 216.000 | 32.40 | Billable |
| 11/18/2015 | CML<br>Photocopies<br>Order Adjourning | 0.15 | 22.000 | 3.30 | Billable |
| 5/17/2016 | LS<br>Photocopies<br>Fee Application | 0.15 | 405.000 | 60.75 | Billable |
| 10/12/2015 | JS<br>Postage<br>Postage | 7.40 | 1.000 | 7.40 | Billable |
| 10/13/2015 | CML<br>Postage<br>Chapter 13 Plan | 0.68 | 18.000 | 12.24 | Billable |
| 11/18/2015 | CML<br>Postage<br>Order Adjourning | 0.49 | 22.000 | 10.78 | Billable |

| 5/17/2016 | LS | | 0.90 | 27.000 | 24.30 | Billable |

Postage

Fee Application

**TOTAL**     **Billable Costs**                    **$237.73**

**Exhibit 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**


**In Re:  GREGORY LUMAN**                           **Ch 13**
                                                     **Case #  15-54207**
                                                     **Judge:  Mark A. Randon**

                              **Debtor(s)**
_____/


### STATEMENT OF CONCURRENCE BY DEBTOR/DEBTORS

    **Gregory Luman** state(s) and affirm(s) that he has received the First Application for
Award of Pre-Confirmation Compensation for Services Rendered in a Chapter 13 Case filed by
Kallabat & Associates, P.C., and that he concurs with the payment of the requested fees.


    Specifically, I, the debtor, understand that:

    1.     I do not have to sign this document unless I agree with it.
    2.     I signed this document on the date stated below.
    3.     When I signed this document, all the blanks were filled in.
    4.     I agree that the fees and expenses requested should be allowed.




Dated: _____          _____
                                        GREGORY LUMAN
                                        Debtor




**Exhibit 8 part 1**

# JOHN Z. KALLABAT
## ATTORNEY AT LAW

31000 Northwestern Hwy.                      (248) 647-6611   phone
Suite 201                                    (248) 258-9147   fax
Farmington Hills, MI  48334                   john@kallabatlaw.com

May 17, 2016

Gregory Luman
13802 Fernbrook Court
Sterling Heights, MI 48313

RE:     Application for Compensation
        Case Number:  15-54207-mar

Dear Mr. Luman:

    Enclosed please find an Application for Compensation I have prepared to be filed in your case due to the legal services that were performed by my office prior to confirmation of your Chapter 13 Plan.  Pursuant to Local Bankruptcy Rule 2016(a)(10), I am required to request your concurrence and agreement to the payment of these fees.

    Please sign the enclosed Statement of Concurrence and return the documents to my office immediately for filing with the Court.  I will be filing this Application for Compensation on or after seven days after the date of this letter.

    If you have any questions, please contact my office.

Sincerely,

*John Z. Kallabat*

John Z. Kallabat
Attorney at Law

**Exhibit 8 part 2**

Insert Exhibit 9 if concurrence is received prior to the filing-otherwise Exhibit 9 is blank

**Exhibit 9**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In Re:  GREGORY LUMAN                                    Ch 13
                                                         Case # 15-54207
                                                         Judge: Mark A. Randon

                          Debtor(s)
_____/

## CERTIFICATE OF SERVICE - - STATEMENT OF CONCURRENCE

   John Z. Kallabat, being sworn, deposes and says that on May 17, 2016, a date that is at least seven days prior to the date of the filing of this application for fees, he mailed to the debtor/debtors, at the address listed below, a request for concurrence with the fees and expenses requested as well as a copy of the fee application itself for review and approval.

Gregory Luman
13802 Fernbrook Court
Sterling Heights, MI 48313

                                         /s/ John Z. Kallabat
                                         John Z. Kallabat   (P-49891)
                                         Kallabat & Associates, P.C.
                                         Attorney for the Debtor(s)
                                         31000 Northwestern Hwy., Ste. 201
                                         Farmington Hills, MI  48334
                                         (248)  647-6611
                                         ecf@kallabatlaw.com

In Re:  GREGORY LUMAN                                    Ch 13
                                                        Case #  15-54207
                                                        Judge:  Mark A. Randon

                        **Debtor(s)**
_____/

### NOTICE OF FIRST APPLICATION FOR AWARD OF PRE-CONFIRMATION COMPENSATION FOR SERVICES RENDERED IN A CHAPTER 13 CASE OVER $5000.00

The Attorney for the Debtor(s) has/have filed papers with the Court for compensation for services rendered post-confirmation requesting:

| Fees Requested | Expenses Requested | Retainer Paid | Balance of Retainer on Deposit |
|---|---|---|---|
| **$6555.15** | **$237.73** | **$1790.00** | **$0.00** |

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the fee application; Within 21 days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position, at:*

United States Bankruptcy Court
211 W. Fort Street, 21st Floor
Detroit, MI  48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:  **Attorney for Debtor(s): Kallabat & Associates, P.C., 31000 Northwestern Hwy., Ste 201, Farmington Hills, MI  48334; and the Chapter 13 Trustee: Krispen S. Carroll, 719 Griswold, Suite 1100, Detroit, MI 48226.**

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 05-24-16                                    /s/ John Z. Kallabat
                                                   John Z. Kallabat   (P-49891)
                                                   Kallabat & Associates, P.C.
                                                   Attorney for the Debtor(s)
                                                   31000 Northwestern Hwy., Ste. 201
                                                   Farmington Hills, MI  48334
                                                   (248)  647-6611
                                                   ecf@kallabatlaw.com

*Response or Answer must comply with F. R. Civ. P. 8(b), (c) and (e)

In Re:  GREGORY LUMAN                                    **Ch 13**
                                                        **Case #  15-54207**
                                                        **Judge:  Mark A. Randon**

                        **Debtor(s)**
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the FIRST Application for Award of
Pre-Confirmation Compensation for Services Rendered in a Chapter 13 Case, along with the
proposed order and other exhibits with the Clerk of the Court using the ECF system which will
send notification of such filing to the following:

Chapter 13 Trustee:  Krispen S. Carroll  mieb_ecfadmin@det13ksc.com

and I hereby certify that I mailed, by United States Postal Service, the paper(s) to the following
non ECF participant(s):

U.S. Trustee, 211 W. Fort Street, Suite 700, Detroit, Michigan 48226

Gregory Luman, 13802 Fernbrook Court, Sterling Heights, MI 48313

And all creditors listed on the attached matrix herein
_____

                                    /s/ John Z. Kallabat
                                    John Z. Kallabat   (P-49891)
                                    Kallabat & Associates, P.C.
                                    Attorney for the Debtor(s)
                                    31000 Northwestern Hwy., Ste. 201
                                    Farmington Hills, MI  48334
                                    (248)  647-6611
                                    ecf@kallabatlaw.com

Label Matrix for local noticing
0645-2
Case 15-54207-mar
Eastern District of Michigan
Detroit
Tue May 24 09:45:19 EDT 2016

ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183692
Arlington, TX 76096-3692

Amazon.com (VISA)
PO Box 15298
Wilmington, DE 19850-5298

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FLORIDA 33146-1837

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Bank of America
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bank of America
The Bank of New Yourk Mellon
5730 Katella Ave
Cypress, CA 90630-5005

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bank of America- Visa
PO Box 1390
Norfolk, VA 23501-1390

CERASTES, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One
P.O. Box 30256
Salt Lake City, UT 84130-0256

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

(p)CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

Chase Slate
PO Box 94014
Palatine, IL 60094-4014

Credit Union One
PO Box 20520
Ferndale, MI 48220-0520

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197-0003

G Financial Leasing
PO Box 100
Buffalo, NY 14231-0100

Huntington National Bank
Legal Department
7 Easton Oval
Columbus, OH 43219-6010

LCRN, Inc.
ATTN: Payroll
29630 Orchard Lake
Farmington Hills, MI 48334-2160

Midland Credit Management, Inc. as agent for
Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Roosen, Varchetti & Oliver, PLLC
PO Box 2305
Mount Clemens, MI 48046-2305

eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

Gregory Luman
13802 Fernbrook Court
Sterling Heights, MI 48313-3475

John Z. Kallabat
31000 Northwestern Highway
Suite 201
Farmington Hills, MI 48334-2595

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One                          Cavalry Portfolio Services, LLC          Paypal
PO Box 85015                         PO Box 27288                             P.O. Box 660433
Richmond, VA 23285                   Tempe, AZ 85282-7288                     Dallas, TX 75266




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Bank Of New York Mellon       End of Label Matrix
                                     Mailable recipients    27
                                     Bypassed recipients      1
                                     Total                   28