UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In Re: Gregory Luman,     Chapter 13
                        Case#: 15-54207-MAR
        Debtor     Judge: Mark A. Randon

_____/

## NOTICE OF FIRST POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN PURUSANT TO L.B.R. 3015-2(B) AND F.R. Bankr.P 3015(g)

The Debtor(s) has filed papers with the Court to seek a modification of the Chapter 13 Plan as follows:

1. The Debtor(s) filed a Chapter 13 Bankruptcy on 09/28/2015.
2. The Chapter 13 Plan was confirmed on 05/17/2016.
3. That according to the confirmed Chapter 13 Plan the Debtor is to contribute 100% of the income tax refunds to the plan.
4. That the current Chapter 13 Plan payment is $84.30 per BI-WEEKLY.
5. The Debtor's Chapter 13 Plan was confirmed as a 60 month plan; however, the Debtor would like to reduce the length of his Chapter 13 Plan payment to concur with the Debtor's commitment period required pursuant to the Form 22C-1 Chapter 13 Statement of Monthly Income and Calculation of Commitment Period.
6. **That the Debtor is seeking to modify his Chapter 13 Plan to reduce the plan length from 60 months to 36 months.**
7. **That reducing the Debtor's plan length from 60 months to 36 months** will cause an adverse impact to all the creditors in the Chapter 13 Plan, because they will not receive payments over 60 months that the Debtor would have paid into the plan.

**WHEREFORE**, the Debtor(s) is requesting that the Court modify the Chapter 13 Plan to reduce his plan length from 60 months to 36 months.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the Application; Within 21 days, you or your attorney must:
   1. File with the court a written response or an answer, explaining your position at:*

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the

court will **receive** it on or before the date stated above.
   You must also mail a copy to:
**Attorney for Debtor:** John Z. Kallabat, 31000 Northwestern Hwy, Suite 201, Farmington Hills, MI 48334; and **Chapter 13 Trustee: Krispen S. Carroll 719 Griswold St., Suite 1100, Detroit MI 48226**
   2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

   **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

/s/ John Z. Kallabat
John Z. Kallabat (P49891)
31000 Northwestern Hwy,
Suite 201
Farmington Hills, MI 48334
248-647-6611
ecf@kallabatlaw.com

DATED:
December 13, 2016
*Response or Answer must comply with F. R. Civ. P. 8(b),(c) and (e).

Bankruptcy Software Specialists
Kallabat & Associates, PC
**13Network**
Case Query

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1

| | | | | | |
|---|---|---|---|---|---|
| 15-54207-MAR | GREGORY LUMAN | (xxx-xx-9548) | 13802 FERNBROOK COURT • • STERLING HEIGHTS • MI • 48313 | $84.30 BW/ | Bar Date(s): 2/11/2016 (has passed) 3/26/2016 (has passed) |
| Print Inquiry | Trustee: Krispen S. Carroll | | Attorney: JOHN Z KALLABAT | | Confirmed: 5/17/2016 |
| | | | | | Case Status: OPEN/ACTIVE |

The data on these pages has not been audited and is provided for general information only.

7 Month(s) since Confirmation UP = $0.00  TPI = $2,458.75  BOH = $168.95

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | JOHN Z KALLABAT | $5,002.88 | | $4,376.55 | 2,876.55 | | $4,376.55 | |
| 2 | ADDED CREDITOR | | | | | | | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 5 | GREGORY LUMAN | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |

Change Line# [0] [DK]  Plan Terms [29] [Calc]  Unsecured % [0] [Calc]  Due to Creditors: $0.00  $4,731.41
Restart                                                              In from Debtor: $182.93  $5,296.85

Trustee's % [7.5]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| ESYS ADMINISTRA | $84.30 | BI-WEEKLY | $ | ? |
| GREGDRY LUMAN | $0.00 | MONTHLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | MONTHLY | $ | ? |

Lump Sum $ [0.00]
Delete Line [0] [DK]

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 210,000.00 | 283,453.10 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 3,500.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| JEWELRY | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| CASH/BANK ACCOUNTS | 1,020.00 | 0.00 | 520.00 | 520.00 | 0.00 |
| VEHICLES | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |
| OTHER (itemize) | 113,562.97 | 0.00 | 113,562.97 | 113,562.97 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In Re: Gregory Luman,

Debtor

Chapter 13
Case#: 15-54207-MAR
Judge: Mark A. Randon

_____/

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before this Honorable Court on Debtor(s), Notice of First Post-Petition Plan Modification;

IT IS HEREBY ORDERED that the Debtor's plan length shall be reduced from 36 months to 60 months

IT IS FURTHER ORDERED that in all other respects, the plan, as last modified, remains in full force and effect.

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In Re:     Gregory Luman,                         Chapter 13
                                                       Case#: 15-54207-MAR
                 Debtor                          Judge: Mark A. Randon

_____/

**Certificate of Service**

I hereby certify that on December 13, 2016 I served a copy of the First Post-Petition Plan Modification & Exhibit A by enclosing the same in an envelope with first class postage fully prepaid, addressed to the following:

**Gregory Luman**
13802 Fernbrook Court
Sterling Heights, MI 48313

All creditors listed on the pacer printed matrix dated: December 13, 2016


Dated: December 13, 2016

                                                                      /s/Chanda M. Lundy
                                                                      Chanda M. Lundy
                                                                      Paralegal for John Kallabat
                                                                      31000 Northwestern Hwy,
                                                                      Suite 201
                                                                      Farmington Hills, MI 48335
                                                                      ecf@kallabatlaw.com
                                                                      P-49891

```
Label Matrix for local noticing          ACAR Leasing LTD                            Athena J. Aitas
0645-2                                   d/b/a GM Financial Leasing                  31440 Northwestern Highway
Case 15-54207-mar                        PO Box 183692                               Suite 200
Eastern District of Michigan             Arlington, TX 76096-3692                    Farmington Hills, MI 48334-5422
Detroit
Tue Dec 13 15:01:46 EST 2016

Amazon.com (VISA)                        BAYVIEW LOAN SERVICING, LLC                 Bank Of America, N.A.
PO Box 15298                             4425 PONCE DE LEON BLVD, 5TH FLOOR          PO BOX 31785
Wilmington, DE 19850-5298                CORAL GABLES, FLORIDA 33146-1837            Tampa, FL 33631-3785


Bank of America                          Bank of America                             Bank of America, N.A.
1800 Tapo Canyon Rd                      The Bank of New Yourk Mellon                P O Box 982284
Simi Valley, CA 93063-6712               5730 Katella Ave                            El Paso, TX 79998-2284
                                         Cypress, CA 90630-5005


Bank of America- Visa                    CERASTES, LLC                               Capital One
PO Box 1390                              C O WEINSTEIN & RILEY, PS                   P.O. Box 30256
Norfolk, VA 23501-1390                   2001 WESTERN AVENUE, STE 400                Salt Lake City, UT 84130-0256
                                         SEATTLE, WA 98121-3132


(p)CAPITAL ONE                           Capital One Bank (USA), N.A.                Krispen S. Carroll
PO BOX 30285                             PO Box 71083                                719 Griswold
SALT LAKE CITY UT 84130-0285             Charlotte, NC 28272-1083                    Suite 1100
                                                                                     Detroit, MI 48226-3314


(p)CAVALRY PORTFOLIO SERVICES LLC        Chase Slate                                 Credit Union One
500 SUMMIT LAKE DR                       PO Box 94014                                PO Box 20520
STE 400                                  Palatine, IL 60094-4014                     Ferndale, MI 48220-0520
VALHALLA NY 10595-2322


First National Bank of Omaha             G Financial Leasing                         Huntington National Bank
1620 Dodge Street                        PO Box 100                                  Legal Department
Stop Code 3105                           Buffalo, NY 14231-0100                      7 Easton Oval
Omaha, NE 68197-0003                                                                 Columbus, OH 43219-6010


Amy Kalasho                              John Z. Kallabat                            LCRN, Inc.
31440 Northwestern Highway               31000 Northwestern Highway                  ATTN: Payroll
Suite 200                                Suite 201                                   29630 Orchard Lake
Farmington Hills, MI 48334-5422          Farmington Hills, MI 48334-2595             Farmington Hills, MI 48334-2160


Gregory Luman                            Midland Credit Management, Inc. as agent for   Paypal
13802 Fernbrook Court                    Midland Funding LLC                            P.O. Box 660433
Sterling Heights, MI 48313-3475          PO Box 2011                                    Dallas, TX 75266
                                         Warren, MI 48090-2011


Recovery Management Systems Corporation  Roosen, Varchetti & Oliver, PLLC            Kristy Steffani
25 S.E. 2nd Avenue, Suite 1120           PO Box 2305                                 251 Diversion Street
Miami, FL 33131-1605                     Mount Clemens, MI 48046-2305                Rochester, MI 48307-2209
```

eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85015
Richmond, VA 23285

Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85282-7288

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank Of New York Mellon

(du)The Bank of New York Mellon

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32