United States Bankruptcy Court
Eastern District of Michigan

In Re:

Gregory Luman

    Debtor

Chapter 13
Case No. 15-54207-MAr
Judge: Mark A. Randon

# DECLARATION PURSUANT TO 28 U.S.C. § 1746 OF GREGORY LUMAN

**I Gregory Luman** testify and affirm the following representations:

The reason why it is necessary for me to allow my plan to run the commitment period of 3 years as oppose to the 5 years is because of my age and health problems

I am 62 years old and I will be 63 in May.

I currently have the following health problems and it is becoming a struggle going to work each day:

Congestive Heart Failure (CHF)
Chronic Kidney Disease Stage 3 (CKD)
Acute Kidney Failure
Anemia in Chronic Kidney Disease
Impaired Vision
Bilateral Lower Extremity Edema

I struggle with shortness of breath when walking, I can no longer use the stairs, I suffer from extreme tiredness/weakness and nausea (due to the anemia from the CKD),

I struggle with my vision every day.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 17, 2017

_____
Gregory Luman